1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:    (415) 353-0999
4  Facsimile:    (415) 353-0990

5  Attorneys for Defendant
   LEVY BARNES

6

7

8                  UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11  SEAN BARNETT,                          Case No.:   C09-05605 CW

12             Plaintiff,                  **APPLICATION FOR ORDER PERMITTING
                  vs.                      APPEARANCE BY TELEPHONE OF
13                                         DEFENDANT BARNES AT MEDIATION;
    SAL MARTINEZ, #782; LEVY BARNES,       ORDER**
14  #820; CASEY TINLOY, #587; JUSTIN GEBB,
    #111; ROBERT ANDERSON, #787; CYNTHIA
15  VERBIS, #800; MONICA MOLTHEN, #705;
    GUADALUPE OCHOA, #765;  JESUS
16  GUTIERREZ, #737; MICHELLE OTT, #793;
    And Does 1 to 50,
17
               Defendants.
18

19

20        On or about December 28, 2010 the undersigned attorney Gregory M. Fox filed an

21  appearance and notice of representation of the individual defendant Levy Barnes in this matter

22  because of a conflict that arose with his representation by the Office of the Attorney General. This

23  matter is scheduled for a mediation hearing before the Court Appointed Mediator on Monday

24  February 28, 2011.   It is respectfully requested that the Court excuse defendant Barnes from

25  personally attending the mediation because he no longer works for the Department of Alcohol and

26  Beverage Control (for reasons unrelated to this lawsuit); he is living in Sacramento; he is self

27  employed; and is only involved as a named defendant because on the day of the incident he was

28  present when other agents arrested the plaintiff. He has filed answers to interrogatories under oath

---

1

1  that he did not arrest plaintiff or use any force on plaintiff.   Mr. Barnes has no settlement authority

2  because that is the responsibility of the Office of Attorney General and the Department of Alcohol

3  and Beverage Control. He is available to attend by telephone if necessary. This request is respectfully

4  made given the economic hardship on the part of Mr. Barnes to forgo a day of self-employed work

5  and travel from Sacramento to the mediation.

6                                          Respectfully submitted.

7
   Dated:  February 23, 2011                      BERTRAND, FOX & ELLIOT
8

9
                                         By: _____/s/_____
10                                              Gregory M. Fox
                                                Attorneys for Defendant LEVY BARNES
11

12                                              ORDER

13
         GOOD CAUSE APPEARING the application is denied as moot.  In future, such applications
14

15  should be made to the mediator or the ADR Magistrate Judge.

16       SO ORDERED.

17  Dated:  March 1, 2011                      By: _____
                                                UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28