```
Gregory M. Fox, State Bar No. 070876
Ilana Kohn, State Bar No. 203389
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
```

Attorneys for Defendant LEVY BARNES

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BARNETT,<br><br>    Plaintiff,<br> vs.<br><br>SAL MARTINEZ, #782; LEVY BARNES, #820; CASEY TINLOY, #587; JUSTIN GEBB, #111; ROBERT ANDERSON, #787; CYNTHIA VERBIS, #800; DOES 1 to 50,<br><br>    Defendants. | Case No.: 4:09-cv-05605-CW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT LEVY BARNES** |

  WHEREAS by this Stipulation and [Proposed] Order of Dismissal (the "Stipulation"), Plaintiff SEAN BARNETT has agreed to resolve all of his claims against Defendant LEVY BARNES by voluntarily dismissing with prejudice his claims alleged against Defendant LEVY BARNES in this action; and

  WHEREAS Plaintiff SEAN BARNETT, Defendant LEVY BARNES, and their respective counsel have conducted sufficient investigation to enable each party to determine that it is in the best interests of each party to enter into this Stipulation;

  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel as follows:

1  Defendant LEVY BARNES hereby agrees to aceept service of a trial subpoena in this matter
2  through the offices of Gregory M. Fox.
3  The above-captioned action shall be, and hereby is, dismissed with prejudice as to Defendant
4  LEVY BARNES pursuant to FRCP 41(a)(2), with each party to bear its own attorneys' fees and
5  costs.

7  Dated:  May 23, 2011                                    BERTRAND, FOX & ELLIOT

9                                                          By: _____/s/_____
                                                               Gregory M. Fox
10                                                             Ilana Kohn
                                                               Attorneys for Defendant Levy Barnes

13  Dated:  May 20, 2011                                   BOSKOVICH  & APPLETON

15                                                          By: _____/s/_____
                                                               Anthony Boskovich
16                                                             Christopher Appleton
                                                               Attorneys for Plaintiff Sean Barnett

                                ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 23, 2011                                       _____/s/_____
                                                           Gregory M. Fox

                                           ORDER

Pursuant to the above stipulation, and good cause appearing therefore, IT IS SO ORDERED.
.
Dated: 5/25/2011                              _____
                                              Hon. Claudia Wilken
                                              UNITED STATES DISTRICT COURT JUDGE